IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

------------------------------- x
:
ROY LANGBORD, *et al.*,                         :  No. 12-4574
:
Appellants,         :  **JOINT MOTION FOR LEAVE TO**
:  **SUBMIT THE ELECTRONIC FORM**
v.                             :  **OF THE JOINT APPENDIX ON**
:  **CD-ROM RATHER THAN BY CM/ECF**
UNITED STATES DEPARTMENT OF THE   :
TREASURY, *et al.*,                             :
:
Appellees.          :
:
------------------------------- x

    Together with Appellees, Appellants Roy Langbord, David Langbord, and Joan Langbord respectfully request leave to file their joint appendix by CD-ROM in lieu of utilizing this Court's CM/ECF system as required by L.A.R. 30.1(a) and L.A.R. Misc. 113. The date by which the appendix must be filed is not yet known, as the Clerk of Court stayed the February 12, 2013 scheduling order entered in this case pending disposition of Appellants' motion to exceed the word limitation of Fed. R. App. P. 32(a)(7) in Appellants' principal brief.

    Notwithstanding significant efforts to reduce its breadth, the joint appendix in this case will span more than 5,500 pages, and the searchable PDF version of the same will exceed 620 megabytes ("MB"). Whereas the maximum file size for any document submitted by CM/ECF is only 10 MB, absent relief from this Court, Appellants will have no choice but to divide the joint appendix into more than five dozen pieces and upload each piece individually. However, because this Court's case management staff is able to upload documents to the docket without

regard to the 10 MB size restriction,[1] delivering the joint appendix to the Court on a CD-ROM by overnight mail for subsequent processing by the Clerk's Office would preserve the integrity of the full appendix without compromising the Court's immediate access to the searchable record. Accompanying the CD-ROM onto which Appellants would save each volume of the joint appendix as a separate file, counsel for Appellants would enclose a certificate attesting that, following a scan, no computer virus was detected in any of the files stored on the disc. The parties do not seek to be excused from that portion of L.A.R. 30.1 that requires four paper copies of the appendix to be filed for the Court's convenience.

For these reasons, the parties respectfully request that this joint motion for leave to submit the electronic form of the joint appendix on CD-ROM be granted.

Dated: May 22, 2013                                         Respectfully submitted,

By:  /s/ Jacqueline C. Romero (by permission)     By:  /s/ Barry H. Berke
    Jacqueline C. Romero                                  Barry H. Berke
    Nancy Rue                                                    Eric A. Tirschwell

    UNITED STATES ATTORNEY'S OFFICE            KRAMER LEVIN NAFTALIS &
    EASTERN DISTRICT OF PENNSYLVANIA            FRANKEL LLP
    615 Chestnut Street, Suite 1250                        1177 Avenue of the Americas
    Philadelphia, PA 19106                                     New York, NY 10036
    Telephone: 215.861.8470                                   Telephone: 212.715.9100
    Fax: 215.861.8618                                              Fax: 212.715.8000

*Attorneys for Appellees*                                    *Attorneys for Appellants*

---

[1]  On April 30, 2013, during a telephone call with a member of the Court's Case Managers Team, counsel for Appellants confirmed the Clerk's Office's technical ability to upload oversize documents to the CM/ECF system.

# CERTIFICATE OF SERVICE

I, Eric A. Tirschwell, hereby certify on this 22nd day of May, 2013, that I caused a copy of the foregoing Joint Motion for Leave to Submit the Electronic Form of the Joint Appendix on CD-ROM Rather Than by CM/ECF to be served upon the following counsel of record, who are registered Filing Users under L.A.R. Misc. 113.1, to be served electronically by the Notice of Docket Activity generated through the Court's CM/ECF system:

> Jacqueline Romero, Esq.
> Assistant United States Attorney
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
>
> Nancy Rue, Esq.
> Assistant United States Attorney
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

Dated: May 22, 2013                    By: /s/ Eric A. Tirschwell
                                           Eric A. Tirschwell